IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| MORGAN KEEGAN & COMPANY, INC., et al., | ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| vs. | ) ) ) | Civ. No. 04-2706-B/P |
| INTERCEPT, INC., et al. | ) ) ) |  |
| Defendants. | ) ) |  |

## ORDER DENYING AS MOOT DEFENDANT'S MOTION TO STAY LITIGATION AND TO COMPEL ARBITRATION

Before the court is Defendant's Motion to Stay Litigation and to Compel Arbitration, filed on December 8, 2004 (Dkt. #25). On January 10, 2005, Judge Breen signed a Consent Order Referring Case to Arbitration Before the American Arbitration Association. On that basis, the motion is DENIED as MOOT.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

July 19, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:04-CV-02706 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

John Allen Good
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT