IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 AUG -9 AM 6: 57

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| MORGAN KEEGAN & COMPANY, INC., and RAYMOND JAMES & ASSOCIATES, INC., <br><br> Plaintiffs, <br> v. <br><br> INTERCEPT, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 04-2706 BP |

## ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL

Before the Court is Raymond James & Associates, Inc.'s Motion to File Documents Under Seal. The Court hereby finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Combined Motion to Enforce Settlement Agreement and Memorandum in Support Thereof, the proposed Order Granting Motion to Enforce Settlement Agreement and the Affidavit of John S. Golwen shall be filed under seal.

IT IS SO ORDERED this 8th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-9-05

1

5109154.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:04-CV-02706 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

John Allen Good
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT