# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 20 PM 3: 48

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| MORGAN KEEGAN & COMPANY, INC., and RAYMOND JAMES & ASSOCIATES, INC., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 04-2706 BP ) |
| INTERCEPT, INC., et al., | ) ) |
| Defendants. | ) ) |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS, COUNTERCLAIMS, CROSS-CLAIMS, AND THIRD PARTY CLAIMS AMONG RAYMOND JAMES & ASSOCIATES, INC., INTERCEPT, INC., STURM AND COLLINS

By Consent, as evidenced by the signatures of counsel below, all claims, counterclaims, cross-claims, and third party claims that were or could have been brought between or among Plaintiff, Raymond James & Associates, Inc., and Defendants Intercept, Inc., Sturm and Collins, are dismissed with prejudice, each party to bear its or his own costs.

IT IS SO ORDERED.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

9/20/05
_____
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-21-05

50

Approved:

*/s/ John S. Golwen*

John S. Golwen
Bass, Berry & Sims, PLC
100 Peabody Place, #900
Memphis, Tennessee 38103

Counsel for Plaintiff

*/s/ David Wade/ By John w/ express permission*

David Wade
Martin Tate Morrow & Marston
International Place, Tower II
6410 Poplar Ave., Ste. 1000
Memphis, TN 38119

Counsel for Defendants

2

5110337.1

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:04-CV-02706 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

John Allen Good
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT