UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 22 PM 2: 24

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF MEMPHIS

| | |
|---|---|
| **MORGAN KEEGAN & COMPANY, INC.,** and **RAYMOND JAMES & ASSOCIATES, INC.,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | |
| **INTERCEPT, INC., et al.,** | CASE NO: 2:04-2706-B |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Order Of Dismissal With Prejudice Of All Claims, Counterclaims, Cross-Claims, and Third Party Claims Among Raymond James & Associates, Inc., Intercept, Inc., Sturm And Collins entered on September 21, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

9/22/05
Date

**THOMAS M. GOULD**

_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-26-05

51

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:04-CV-02706 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

John Allen Good
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT